**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | CIVIL ACTION NO. 4:24-cv-04401 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| A-1 ALL-AMERICAN, INC. | § | |
| | § | |
| Defendant | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON Plaintiff and A-1 ALL-AMERICAN, INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: December 24, 2024 FOR YVONNE CLAYTON, Plaintiff

BY: ***/S/ R. Bruce Tharpe***

R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: December 24, 2024 FOR A-1 ALL-AMERICAN, INC., Defendant

BY: ***/S/ David A. Nachtigall***

Mr. David A. Nachtigall
Attorney at Law
1545 Heights Blvd., Suite 100
Houston, Texas 77008
(713) 229-0008 – Office
(713) 650-1602 - Fax