United States District Court
Southern District of Texas
**ENTERED**
January 08, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **YVONNE CLAYTON.,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-cv-4401** |
| | § | |
| **A-1 ALL-AMERICAN, INC,** | § | |
| | § | |
| ***Defendant*.** | § | |

**ORDER**

The Parties in this case filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 8. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of January, 2025

Keith P. Ellison

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE